782 So.2d 508 (2001)
Steven L. TRUEBLOOD, Appellant,
v.
STATE of Florida, Appellee.
No. 1D00-2564.
District Court of Appeal of Florida, First District.
April 2, 2001.
Appellant, Pro se.
Robert A. Butterworth, Attorney General, Tallahassee, for Appellee.
PER CURIAM.
DISMISSED. See Arleo v. Garcia, 695 So.2d 862 (Fla. 4th DCA 1997) (upon entry of order on first motion for rehearing, trial court loses jurisdiction to rule on second motion for rehearing).
ERVIN, MINER and BROWNING, JJ., concur.